## Patrick E. O'Malley, Appellee, v. Chicago Wood and Coal Company, Appellant.

**Gen. No. 45,888.**

John E. Wilson,
and Warren J. Hickey, for appellant; Charles D. Snewind, of counsel;
Joseph Barbera, for appellee. Opinion by PRESIDING JUSTICE ROBSON.
Not to be published in full. Opinion filed May 1, 1953; released for
publication May 26, 1953.